**IT IS SO ORDERED.**

**Dated: 10:10 AM March 30 2010**

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 07-52640 |
| KIMBERLY LORRAINE WILSON | |
| | CHAPTER 13 |
| DEBTOR(S) | |
| | JUDGE MARILYN SHEA-STONUM |
| PROPERTY ADDRESS: | |
| 680 Grifton Avenue | |
| Akron, OH 44305 | **AGREED ORDER FOR RELIEF FROM STAY** |

-------------------------------------------------------------------------------------------------------------------

This matter came to be considered on the Motion for Relief from Stay (the "Motion") filed by, U.S. Bank, N.A. ("Movant"), and Debtor's Response to Motion.

Movant has alleged that good cause exists for granting the Motion and that Debtor(s), counsel for Debtor(s), the Chapter 13 Trustee, and all other necessary parties were served with this Motion and with notice of the hearing date for this Motion. Other than the Debtor, no party filed a response or otherwise appeared in opposition to the Motion, and

The parties have entered into an agreement resolving the Motion.

**IT IS THEREFORE ORDERED:**

**1.** Debtor shall maintain regular monthly post-petition payments to U.S. Bank, N.A. outside the Chapter 13 Plan beginning with a payment due **March 1, 2010**. Failure by the Debtor to make any payment within 30 days of the date due shall constitute a default.

**2.** Upon the existence of a default, Movant's counsel shall send Debtor and counsel for Debtor a 10-day notice of Movant's intent to file an affidavit and proposed order granting relief from stay.

3. If the default is not cured within that 10-day period, then upon the filing of an affidavit by Movant attesting to the default by the Debtor, an Order shall be entered without further hearing, terminating the stay imposed by Section 362(a) of the Bankruptcy Code with respect to Movant, its successors and assigns.

4. This Agreed order for Relief from Stay conforms to the standard form adopted in this District except as follows:

   **a. The Debtor is currently in arrears of the post-petition payments to Movant in the sum of $3,762.72, minus $460.00 which Movant acknowledges receipt of, for a total due of $3,302.72. Arrearage consists of three (3) payments of $439.20 each (8/09 -10/09), five (5) payments at $430.93 each (11/09 - 2/10), late charges of $138.97 and costs of $150.00.**

    b. The Debtor shall cure the arrears by paying the sum of $3,152.72 through the Chapter 13 Plan for which amount Movant is entitled to file a supplemental claim.

###

SUBMITTED BY:

/s/ Erin M. Laurito
_____
Erin M. Laurito (0075531)
Jeffrey V. Laurito (0014652)
LAURITO & LAURITO, L.L.C.
35 Commercial Way
Springboro, Ohio 45066
937-743-4878
FAX: 937-743-4877
bmilstead@lauritolaw.com

Attorneys for Movant


/s/ Robert W. Heydorn
_____
Robert W. Heydorn (0000898)
527 Portage Trail
Cuyahoga Falls, OH 44221
330-929-2676
Fax: 330-929-7963

Attorney for Debtors


/s/ Keith L. Rucinski
_____
Keith L. Rucinski, Chapter 13 Trustee (0063137)
Joseph A. Ferrise, Staff Attorney (0084477)
One Cascade Plaza
Suite 2020

Akron, OH 44308
330-762-6335
FAX: 330-762-7072
krucinski@ch13akron.com
jferrise@ch13akron.com


PARTIES TO BE SERVED:

**Kimberly Lorraine Wilson, Debtor**
**680 Grifton Avenue**
**Akron, OH 44305**
**(served via, U. S. Mail)**

**Robert W. Heydorn**
**Hoover, Heydorn & Herrnstein, Co. L.P.A.**
**Attorney for Debtor**
**527 Portage Trail**
**Cuyahoga Falls, OH 44221-2838**
**(served via, electronic noticing)**

**Keith Rucinski, Trustee**
**One Cascade Plaza**
**Suite 2020**
**Akron, OH 44308**
**(served via, electronic noticing)**

**Office of the U.S. Trustee**
**Howard M. Metzenbaum U. S. Courthouse**
**201 Superior Avenue**
**Cleveland, OH 44114-1235**
**(served via ECF Noticing)**

**Erin M. Laurito**
**Attorney for Movant**
**35 Commercial Way**
**Springboro, OH 45066**
**(served via, electronic noticing)**